E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00079-DMG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE OF DEFENDANT HOWARD MILLER |
| v. | |
| HOWARD MILLER, | Current Date:      06/13/2023<br>Requested Date:    07/11/2023 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, and defendant HOWARD MILLER ("defendant"), through his counsel of record, Kate Morris, hereby stipulate as follows:

    1.   On May 4, 2022, defendant MILLER entered his guilty plea to the single-count Information filed in this case.  At the time defendant MILLER entered his guilty plea, the Court set his sentencing date for July 27, 2022.

    2.   Counsel for defendant MILLER represents that she requires additional time to prepare for sentencing, based on the following facts:

- a) Counsel for defendant MILLER is currently out on parental leave;
- b) Defendant MILLER has not yet interviewed with the United States Probation Office ("USPO");
- c) The USPO has advised counsel for defendant MILLER that its internal deadline to prepare the pre-sentence is April 25, 2023;
- d) Counsel for defendant MILLER requires additional time to prepare her client for an interview with USPO.

    3.   The government does not object to the continuance.

//
//
//

4. Accordingly, to allow defendant MILLER sufficient time to complete his interview with the USPO and prepare for sentencing the parties stipulate that the date of defendant MILLER's sentencing should be continued from June 13, 2023, to July 11, 2023.

Dated: April 16, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 17, 2023

*/s/ Per E-Mail Authorization*
KATE MORRIS
Attorney for Defendant
Howard Miller

3