# United States District Court
## Central District of California

Date: July 22, 2024

U.S. v. Howard Miller

Docket No. CR 22-00079-DMG

## CASA Program Status Report (Compliance)

You have had no violations since your last appearance in the CASA program. Accordingly, the CASA Program Team has taken the following actions:

- [✓] Case continued without further action
- [ ] Verbal praise
- [ ] Other: _____

All previously imposed terms and conditions of your pretrial supervision remain in effect, unless expressly noted otherwise.

Your next CASA program review date is on August 5, 2024 at 3:00 [ ] am [✓] pm at the U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

**Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

### Order of Court

Considered and ordered this 22nd day of July, 20 24, and ordered filed and made part of the records in the above case.

_(signed)_

Pedro V. Castillo
United States Magistrate Judge

00 : 10

Initials of Deputy Clerk  MR

CR-106A (03/12)                CASA Program Status Report (Compliance)